UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIONI ANTONIO REYNOSO TEJADA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil No. 25-12731-LTS |
| ANTONE MONIZ et al., | ) ) | |
| Respondents. | ) ) ) | |

JUDGMENT

October 9, 2025

SOROKIN, J.

Pursuant to the Order dated October 1, 2025, Doc. No. 10, the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.  Each party shall bear their own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge